FILED
2021 SEP 20 PM 4:45
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SESACO CORPORATION,<br><br>*Plaintiff,*<br><br>vs.<br><br>EQUINOM LTD. and<br>RUBEN JOE GUZMAN,<br><br>*Defendants.* | Case No. 1:20-cv-01053-LY |

## PRE-*MARKMAN* SCHEDULING ORDER

On September 15, 2021, the Court conducted an initial pretrial conference in the above entitled and numbered cause. All current parties appeared through counsel. As a result of such hearing, it is hereby ORDERED that the stay of the above action previously ordered by the Court (Dkt. 38) is hereby lifted for the purpose of claims construction discovery only.

IT IS FURTHER ORDERED that the following case management schedule of deadlines shall govern this case, pending further orders of this Court:

| Event | Date |
|---|---|
| Plaintiff shall disclose its asserted claims and Infringement Contentions for the Patents-in-Suit. | November 15, 2021 |
| Defendant shall disclose its Invalidity Contentions for the Patents-in-Suit | January 28, 2022 |
| Parties shall simultaneously exchange a list identifying claim terms to be construed or found indefinite by the Court. | February 14, 2022 |
| Parties shall simultaneously exchange a preliminary proposed construction of each claim term they identified for construction. | February 28, 2022 |
| Parties shall simultaneously exchange responses to the opposing party's proposed constructions. | March 14, 2022 |

| | |
|---|---|
| Parties shall file a Joint Claim Construction Statement containing (a) the agreed upon list of terms requiring construction, (b) any agreed upon constructions for those terms, (c) each Party's proposed constructions for any non-agreed upon terms, and (d) citations to intrinsic evidence the respective parties identify as relevant to construction of that term. | April 1, 2022 |
| Close of Claim Construction Discovery | April 15, 2022 |
| Opening Claim Construction Brief | May 20, 2022 |
| Reply Claim Construction Brief | June 30, 2022 |

IT IS FURTHER ORDERED that this case is set for a Technology Tutorial to the court at 2:00 p.m., Wednesday, August 31, 2022, Courtroom 7, Seventh Floor, United States Courthouse, 501 West Fifth Street, Austin, Texas.

IT IS FURTHER ORDERED that a Claim Construction hearing is set at 9:30 a.m., Thursday, September 1, 2022, in the same courtroom.

IT IS FURTHER ORDERED that no party shall engage in any discovery other than with respect to the claim construction proceedings as described in this Order without further order of the Court, unless by agreement of the parties and approval of the Court.

**SIGNED AND SO ORDERED**, on this the _____ day of September 2021.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE