IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SESACO CORPORATION,<br><br>*Plaintiff,*<br><br>vs.<br><br>EQUINOM LTD. and<br>RUBEN JOE GUZMAN,<br><br>*Defendants.* | Case No. 1:20-cv-01053-DAE |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Sesaco Corporation and Defendants Equinom Ltd. and Ruben Joe Guzman (collectively, the "Parties"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to voluntary dismissal of all claims in this action with prejudice, with each party to bear its own costs, expenses and attorneys' fees.

The Parties request that the Court order dismissal with prejudice of all claims and that each party shall bear its own costs, expenses and attorneys' fees in the Proposed Order attached hereto or such other format as the Court deems just and proper.

| | |
|---|---|
| Dated: June 18, 2024 | Respectfully submitted, |
| By: */s/ Philip D. Segrest, Jr.* <br> Philip D. Segrest, Jr. (admitted *pro hac vice*) <br> HUSCH BLACKWELL LLP <br> 120 South Riverside Plaza, Suite 2200 <br> Chicago, IL 60606 <br> 312.655.1500 Telephone <br> 312.655.1501 Facsimile <br> philip.segrest@huschblackwell.com <br><br> Kevin Koronka <br> State Bar No. 24047422 <br> HUSCH BLACKWELL LLP <br> 111 Congress Ave Ste 1400 <br> Austin, TX 78701 <br> 512.472.5456 Telephone <br> 512.479.1101 Facsimile <br> kevin.koronka@huschblackwell.com <br><br> Brendan R. Zee-Cheng (admitted *pro hac vice*) <br> HUSCH BLACKWELL LLP <br> 8001 Forsyth Boulevard, Suite 1500 <br> St. Louis, MO 63105 <br> 314.480.1500 Telephone <br> 314.480.1505 Facsimile <br> brendan.zee-cheng@huschblackwell.com <br><br> **Attorneys for Plaintiff Sesaco Corporation** | By: */s/ Eric J.R. Nichols (with permission )* <br> Eric J.R. Nichols <br> State Bar No. 14994900 <br> BUTLER SNOW LLP <br> 1400 Lavaca Street, Suite 1000 <br> Austin, Texas 78701 <br> Tel.: 737.802.1800 <br> Fax: 737.802.1801 <br> eric.nichols@butlersnow.com <br><br> PEARL COHEN ZEDEK LATZER BARATZ LLP <br> David Loewenstein (*pro hac vice*) <br> Clyde Shuman (*pro hac vice*) <br> Times Square Tower <br> 7 Times Square, 19th Floor <br> New York, NY 19103-2799 <br> Tel.: 646.878.0800 <br> Fax: 646.878.0801 <br> DLoewenstein@PearlCohen.com <br> CShuman@PearlCohen.com <br><br> **Attorneys for Defendant Equinom, Ltd. et al.** |

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing instrument was served on all counsel of record who have appeared in this case via the Court's CM/ECF electronic filing system in accordance with the Federal Rules of Civil Procedure on June 18, 2024.

                                                        */s/ Philip D. Segrest, Jr.*