IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SESACO CORPORATION,<br><br>*Plaintiff,*<br><br>vs.<br><br>EQUINOM LTD. and<br>RUBEN JOE GUZMAN,<br><br>*Defendants.* | Case No. 1:20-cv-01053-DAE |

## ORDER OF DISMISSAL WITH PREJUDICE

All claims in the above-captions proceeding are hereby dismissed with prejudice and each party shall bear its own costs, expenses and attorneys' fees.

It is SO ORDERED this ____ day of _____, 2024

                                                                                   _____
                                                                                   DAVID A. EZRA
                                                                                   UNITED STATES DISTRICT JUDGE