IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SESACO CORPORATION, | § | No. 1:20-CV-1053-DAE |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| | § | |
| EQUINOM LTD. AND RUBEN JOE | § | |
| GUZMAN, | § | |
| Defendants. | | |

## ORDER DISMISSING CASE WITH PREJUDICE

The Court has before it the Joint Stipulation of Dismissal filed by Plaintiff Sesaco Corporation and Defendants Equinom Ltd. and Ruben Joe Guzman. (Dkt. # 72). The Court is of the opinion that such Stipulation is well taken and should be granted.

**IT IS, THEREFORE, ORDERED** that all claims and causes of action brought in the above-captioned lawsuit are **DISMISSED** in their entirety **WITH** prejudice, and that, as between Plaintiff and Defendants, each will bear their own costs, expenses, and legal fees in this case. The Clerk is **INSTRUCTED TO CLOSE THE CASE**.

**IT IS SO ORDERED.**

**DATED:** Austin, Texas, June 20, 2024.

_____
David Alan Ezra
Senior United States District Judge